# Exhibit 1



# Contact us

About us | Prices & Payment options | Connecting to TV | Help | **Contact us**

If you have any questions or concerns about our services, content, website or anything else please don't hesitate to contact us, our friendly customer service representatives will be happy to assist you.

| | |
|---|---|
| **Phones:** | Toll free:  +1-855-444-0044, +1-866-823-3533<br>Melbourne:  +61-39-0084236<br>Sydney:  +61-28-5181242<br>Montreal:  +1-514-2283741<br>Toronto:  +1-647-478-8436<br>Vancouver:  +1-778-3730891<br>Copenhagen:  +45-7-8772110<br>Madrid:  +34-91-1877519<br>London:  +44-20-34326892<br>Tokyo:  +81-3-45888763<br>Oslo:  +47-21-953767<br>Boston:  +1-617-7787654<br>Chicago:  +1-773-3627933<br>Los Angeles:  +1-323-3952240<br>Miami:  +1-305-5078863<br>New York:  +1-347-4745809<br>Philadelphia:  +1-267-7762141<br>San Francisco:  +1-415-2000249<br>Washington:  +1-202-6299161 |
| **Live Chat:** | |
| **Skype:** | eTVnet   |
| **E-mail:** | support@eTVnet.com |
| **Address:** | Ethnic Television Network / Matvil Corp.<br>312 Dolomite Dr. Unit 215,<br>Toronto, Ontario,<br>Canada, M3J 2N2 |

Europen operator Anyflex LTD, registered in Larnaca, Cyprus HE324268

| | |
|---|---|
| **Address:** |  29 Grigori Afxentiou str., Flat 751, 6021 Larnaca, Cyprus |
| **Phone:** | +357 99 688 437 |

If you have any questions, feel free to call us. Hours of operation: Monday to Friday from 9:00 AM – 11:00 PM EST (GMT-5)
Matvil Corp. is registered in Toronto, Ontario, Canada. Operating under the business name eTVnet™ / Ethnic Television Network
Europen operator of Matvil Corporation is Anyflex LTD, registered in Larnaca, Cyprus.