# Exhibit 2



Кухни народов мира Театры

 

# eTVnet
## Центральное Интернет ТВ
+1-855-444-0044 | +1-647-478-8436

Архив по каналам | Прямой эфир | Новое | Архив | SmartTV | LG | Тарифы | Смотреть на ТВ | Помощь

**Постоянный зритель?** Войти

**Новый зритель?** Зарегистрироваться

**Войти через** Facebook | Google+

## Russian TV Boston

Russian TV Boston - in Boston, like in any other US city Russian TV is watched on eTVnet web site. This option is becoming more and more popular with Russian speaking viewers.


Декабрьские в...


В. Давыдов и ...


Нос


Бабушки надво...


Про кота...


Руанская дева...


Кабачок 13 ст...


Любимая


Концерты Госу...


Наследники


Вечерние мелодии


Старый Новый год


Встречи в кон...


Концерты лаур...


Следствие вед...


Киноконцерт с...


Киноконцерт. ...


Киноконцерт. ...

### eTVnet на ТВ и планшетах

     

Все способы просмотра »

| Компания | Справка | Правила | |
|---|---|---|---|
| О нас | Помощь | Privacy policy | ©2005 - 2017 eTVnet.com |
| Контакты | Тарифы и способы оплаты | Условия предоставления услуг | Ethnic Television Network/Matvil Corp. |
| Бесплатный кинозал | Подключение к телевизору | Refund Policy |  |
| | | Дилерам | |