# Exhibit 3

简体中文   **English**   Français   Русский   Español   العربية   Portuguese


ICANN WHOIS

eTVnet.com                Lookup

## Showing results for: ETVNET.COM
Original Query: eTVnet.com

# Contact Information

### Registrant Contact
Name: WHOIS AGENT
Organization: WHOIS PRIVACY PROTECTION SERVICE, INC.
Mailing Address: PO BOX 639, KIRKLAND WA 98083 US
Phone: +1.4252740657
Ext:
Fax: +1.4259744730
Fax Ext:
Email:PXDYWYLPS@WHOISPRIVACYPROTECT.COM

### Admin Contact
Name: WHOIS AGENT
Organization: WHOIS PRIVACY PROTECTION SERVICE, INC.
Mailing Address: PO BOX 639, KIRKLAND WA 98083 US
Phone: +1.4252740657
Ext:
Fax: +1.4259744730
Fax Ext:
Email:PXDYWYLPS@WHOISPRIVACYPROTECT.COM

### Tech Contact
Name: WHOIS AGENT
Organization: WHOIS PRIVACY PROTECTION SERVICE, INC.
Mailing Address: PO BOX 639, KIRKLAND WA 98083 US
Phone: +1.4252740657

Ext:
Fax: +1.4259744730
Fax Ext:
Email:PXDYWYLPS@WHOISPRIVACYPROTECT.COM

## Registrar

WHOIS Server: whois.enom.com
URL: www.enom.com
Registrar: ENOM, INC.
IANA ID: 48
Abuse Contact Email:abuse@enom.com
Abuse Contact Phone: +1.4252982646

## Status

Domain Status:ok https://www.icann.org/epp#ok

## Important Dates

Updated Date: 2011-11-07
Created Date: 1996-05-31
Registrar Expiration Date: 2019-05-30

## Name Servers

DEB.NS.CLOUDFLARE.COM
VIN.NS.CLOUDFLARE.COM

## Raw WHOIS Record

Domain Name: ETVNET.COM

```
Registry Domain ID: 2324909_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.enom.com
Registrar URL: www.enom.com
Updated Date: 2011-11-07T11:54:42.00Z
Creation Date: 1996-05-31T04:00:00.00Z
Registrar Registration Expiration Date: 2019-05-30T04:00:00.00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Domain Status: ok https://www.icann.org/epp#ok
Registry Registrant ID:
Registrant Name: WHOIS AGENT
Registrant Organization: WHOIS PRIVACY PROTECTION SERVICE, INC.
Registrant Street: PO BOX 639
Registrant Street: C/O ETVNET.COM
Registrant City: KIRKLAND
Registrant State/Province: WA
Registrant Postal Code: 98083
Registrant Country: US
Registrant Phone: +1.4252740657
Registrant Phone Ext:
Registrant Fax: +1.4259744730
Registrant Fax Ext:
Registrant Email: PXDYWYLPS@WHOISPRIVACYPROTECT.COM
Registry Admin ID:
Admin Name: WHOIS AGENT
Admin Organization: WHOIS PRIVACY PROTECTION SERVICE, INC.
Admin Street: PO BOX 639
Admin Street: C/O ETVNET.COM
Admin City: KIRKLAND
Admin State/Province: WA
Admin Postal Code: 98083
Admin Country: US
Admin Phone: +1.4252740657
Admin Phone Ext:
Admin Fax: +1.4259744730
Admin Fax Ext:
Admin Email: PXDYWYLPS@WHOISPRIVACYPROTECT.COM
Registry Tech ID:
Tech Name: WHOIS AGENT
Tech Organization: WHOIS PRIVACY PROTECTION SERVICE, INC.
Tech Street: PO BOX 639
Tech Street: C/O ETVNET.COM
Tech City: KIRKLAND
Tech State/Province: WA
Tech Postal Code: 98083
Tech Country: US
Tech Phone: +1.4252740657
Tech Phone Ext:
Tech Fax: +1.4259744730
Tech Fax Ext:
Tech Email: PXDYWYLPS@WHOISPRIVACYPROTECT.COM
```

```
Name Server: DEB.NS.CLOUDFLARE.COM
Name Server: VIN.NS.CLOUDFLARE.COM
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@enom.com
Registrar Abuse Contact Phone: +1.4252982646
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2011-11-07T11:54:42.00Z <<<

For more information on Whois status codes, please visit
https://icann.org/epp


The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002

Get Noticed on the Internet!  Increase visibility for this domain name
by listing it at www.whoisbusinesslistings.com
```

**Submit a Complaint for WHOIS**
[WHOIS Inaccuracy Complaint Form](#)
[WHOIS Service Complaint Form](#)

[WHOIS Compliance FAQs](#)


NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time.  ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose. You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow,

enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes.  ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

\*  There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2017 Internet Corporation for Assigned Names and Numbers     [Privacy Policy](#)