# Exhibit 4





































































































