Exhibit
5

# Platform ROKU

| | |
|---|---|
| Place: | Toronto, Canada |
| Broadcast: | Transformers: The Last Knight, USA, 2017 |
| Destination IP: | 67.202.83.147:80 |
| Source: | 67.202.83.147 |
| IP Location: | United States Chicago Steadfast Networks |
| ASN: | AS32748 STEADFAST - Steadfast, US (registered Jul 16, 2004) |
| Resolve Host: | ip147.67-202-83.static.steadfastdns.net |
| Whois Server: | whois.arin.net |
| IP Address: | 67.202.83.147 |
| | |
| NetRange: | 67.202.64.0 - 67.202.127.255 |
| CIDR: | 67.202.64.0/18 |
| NetName: | STEADFAST-3 |
| NetHandle: | NET-67-202-64-0-1 |
| Parent: | NET67 (NET-67-0-0-0-0) |
| NetType: | Direct Allocation |
| OriginAS: | AS32748 |
| Organization: | Steadfast (SNL-74) |
| RegDate: | 2007-08-09 |
| Updated: | 2016-08-11 |
| Ref: | https://whois.arin.net/rest/net/NET-67-202-64-0-1 |
| | |
| OrgName: | Steadfast |
| OrgId: | SNL-74 |
| Address: | 725 S Wells St |
| Address: | 8th Floor |
| City: | Chicago |
| StateProv: | IL |
| PostalCode: | 60607 |
| Country: | US |
| RegDate: | 2016-02-04 |
| Updated: | 2017-01-28 |
| Comment: | Please submit all reports of abuse to |
| Comment: | abuse@steadfast.net . Reports sent to |
| Comment: | other addresses will not be processed. |
| Ref: | https://whois.arin.net/rest/org/SNL-74 |
| | |
| ReferralServer: | rwhois://rwhois.steadfast.net:4321 |

| | |
|---|---|
| OrgNOCHandle: | NOG3-ARIN |
| OrgNOCName: | Steadfast Networks Network Operations Center |
| OrgNOCPhone: | +1-312-602-2689 |
| OrgNOCEmail: | noc@steadfast.net |
| OrgNOCRef: | https://whois.arin.net/rest/poc/NOG3-ARIN |

| | |
|---|---|
| OrgTechHandle: | NOG3-ARIN |
| OrgTechName: | Steadfast Networks Network Operations Center |
| OrgTechPhone: | +1-312-602-2689 |
| OrgTechEmail: | noc@steadfast.net |
| OrgTechRef: | https://whois.arin.net/rest/poc/NOG3-ARIN |

| | |
|---|---|
| OrgAbuseHandle: | ABUSE959-ARIN |
| OrgAbuseName: | Steadfast Networks Abuse Department |
| OrgAbusePhone: | +1-312-602-2689 |
| OrgAbuseEmail: | abuse@steadfast.net |
| OrgAbuseRef: | https://whois.arin.net/rest/poc/ABUSE959-ARIN |

| | |
|---|---|
| NetRange: | 67.202.80.0 - 67.202.83.255 |
| CIDR: | 67.202.80.0/22 |
| NetName: | STEADFAST-NYC-5 |
| NetHandle: | NET-67-202-80-0-1 |
| Parent: | STEADFAST-3 (NET-67-202-64-0-1) |
| NetType: | Reallocated |
| OriginAS: | AS32748 |
| Organization: | Steadfast Networks (STEAD-4) |
| RegDate: | 2012-05-16 |
| Updated: | 2012-05-16 |
| Comment: | Please submit all reports of abuse to |
| Comment: | abuse@steadfast.net . Reports sent to other |
| Comment: | addresses will not be processed. |
| Ref: | https://whois.arin.net/rest/net/NET-67-202-80-0-1 |

| | |
|---|---|
| OrgName: | Steadfast Networks |
| OrgId: | STEAD-4 |
| Address: | 3003 Woodbridge Ave |
| City: | Edison |
| StateProv: | NJ |
| PostalCode: | 08837 |
| Country: | US |
| RegDate: | 2010-11-30 |

2

| | |
|---|---|
| Updated: | 2015-01-30 |
| Comment: | Please submit all reports of abuse to |
| Comment: | abuse@steadfast.net . Reports sent to |
| Comment: | other addresses will not be processed. |
| Ref: | https://whois.arin.net/rest/org/STEAD-4 |

| | |
|---|---|
| ReferralServer: | rwhois://rwhois.steadfast.net:4321 |

| | |
|---|---|
| OrgTechHandle: | NOG3-ARIN |
| OrgTechName: | Steadfast Networks Network Operations Center |
| OrgTechPhone: | +1-312-602-2689 |
| OrgTechEmail: | noc@steadfast.net |
| OrgTechRef: | https://whois.arin.net/rest/poc/NOG3-ARIN |

| | |
|---|---|
| OrgAbuseHandle: | ABUSE959-ARIN |
| OrgAbuseName: | Steadfast Networks Abuse Department |
| OrgAbusePhone: | +1-312-602-2689 |
| OrgAbuseEmail: | abuse@steadfast.net |
| OrgAbuseRef: | https://whois.arin.net/rest/poc/ABUSE959-ARIN |

| | |
|---|---|
| OrgNOCHandle: | NOG3-ARIN |
| OrgNOCName: | Steadfast Networks Network Operations Center |
| OrgNOCPhone: | +1-312-602-2689 |
| OrgNOCEmail: | noc@steadfast.net |
| OrgNOCRef: | https://whois.arin.net/rest/poc/NOG3-ARIN |

== Additional Information From rwhois://rwhois.steadfast.net:4321 ==

%rwhois V-1.0,V-1.5:00090h:00 manage.steadfast.net (Ubersmith RWhois Server V-3.1.5)
autharea=67.202.80.0/22
xautharea=67.202.80.0/22
network:Class-Name:network
network:Auth-Area:67.202.80.0/22
network:ID:NET-37764.67.202.83.147
network:Network-Name:Public (IPv4)
network:IP-Network:67.202.83.147
network:IP-Network-Block:67.202.83.147
network:Org-Name:Matvil Corp.
network:Street-Address:125 Weldrick rd west unit 21
network:City:Richmod Hill

3

network:State:ON
network:Postal-Code:l4c 3v2
network:Country-Code:CA
network:Tech-Contact:MAINT-37764.67.202.83.147
network:Created:20151027140927000
network:Updated:20151221202239000

network:Updated-By: noc@steadfast.net
contact:POC-Name:Alex Crivoi

contact:POC-Email: alex.crivoi@etvnet.com
contact:POC-Phone:+16477165456
contact:Tech-Name:Alex Crivoi

contact:Tech-Email: alex.crivoi@etvnet.com
contact:Tech-Phone:+16477165456
contact:Abuse-Name:Alex Crivoi

contact:Abuse-Email: alex.crivoi@etvnet.com
contact:Abuse-Phone:+16477165456
%ok

## Platform ROKU

Broadcast: **«Ghost Team», 2016**
Destination IPs: 104.20.3.29, 67.202.83.147
Source: 104.20.3.29:443, 67.202.83.147:80
Whois:

| | |
|---|---|
| IP Location | 🇺🇸 United States Chicago Steadfast Networks |
| ASN | 🇺🇸 AS32748 STEADFAST - Steadfast, US (registered Jul 16, 2004) |
| Resolve Host | ip147.67-202-83.static.steadfastdns.net |
| Whois Server | whois.arin.net |
| IP Address | 67.202.83.147 |

```
NetRange:    67.202.64.0 - 67.202.127.255
CIDR:        67.202.64.0/18
NetName:     STEADFAST-3
NetHandle:   NET-67-202-64-0-1
Parent:      NET67 (NET-67-0-0-0-0)
NetType:     Direct Allocation
OriginAS:    AS32748
Organization: Steadfast (SNL-74)
RegDate:     2007-08-09
Updated:     2016-08-11
Ref:         https://whois.arin.net/rest/net/NET-67-202-64-0-1


OrgName:     Steadfast
OrgId:       SNL-74
Address:     725 S Wells St
Address:     8th Floor
City:        Chicago
StateProv:   IL
PostalCode:  60607
Country:     US
RegDate:     2016-02-04
Updated:     2017-01-28
Comment:     Please submit all reports of abuse to
Comment:     . Reports sent to
Comment:     other addresses will not be processed.
Ref:         https://whois.arin.net/rest/org/SNL-74

ReferralServer:  rwhois://rwhois.steadfast.net:4321


OrgAbuseHandle: ABUSE959-ARIN
OrgAbuseName:   Steadfast Networks Abuse Department
OrgAbusePhone:  +1-312-602-2689
OrgAbuseEmail:
OrgAbuseRef:    https://whois.arin.net/rest/poc/ABUSE959-ARIN

OrgTechHandle: NOG3-ARIN
OrgTechName:   Steadfast Networks Network Operations Center
OrgTechPhone:  +1-312-602-2689
OrgTechEmail:
OrgTechRef:    https://whois.arin.net/rest/poc/NOG3-ARIN


OrgNOCHandle: NOG3-ARIN
```

OrgNOCName:   Steadfast Networks Network Operations Center
OrgNOCPhone: +1-312-602-2689
OrgNOCEmail:
OrgNOCRef:    https://whois.arin.net/rest/poc/NOG3-ARIN

NetRange:      67.202.80.0 - 67.202.83.255
CIDR:        67.202.80.0/22
NetName:       STEADFAST-NYC-5
NetHandle:    NET-67-202-80-0-1
Parent:        STEADFAST-3 (NET-67-202-64-0-1)
NetType:       Reallocated
OriginAS:      AS32748
Organization:  Steadfast Networks (STEAD-4)
RegDate:       2012-05-16
Updated:       2012-05-16
Comment:       Please submit all reports of abuse to
Comment:        . Reports sent to other
Comment:        addresses will not be processed.
Ref:           https://whois.arin.net/rest/net/NET-67-202-80-0-1

OrgName:       Steadfast Networks
OrgId:        STEAD-4
Address:       3003 Woodbridge Ave
City:        Edison
StateProv:    NJ
PostalCode:    08837
Country:      US
RegDate:       2010-11-30
Updated:       2015-01-30
Comment:       Please submit all reports of abuse to
Comment:        . Reports sent to
Comment:        other addresses will not be processed.
Ref:           https://whois.arin.net/rest/org/STEAD-4

ReferralServer:  rwhois://rwhois.steadfast.net:4321

OrgAbuseHandle: ABUSE959-ARIN
OrgAbuseName:   Steadfast Networks Abuse Department
OrgAbusePhone: +1-312-602-2689
OrgAbuseEmail:
OrgAbuseRef:    https://whois.arin.net/rest/poc/ABUSE959-ARIN

OrgNOCHandle: NOG3-ARIN
OrgNOCName:   Steadfast Networks Network Operations Center
OrgNOCPhone: +1-312-602-2689
OrgNOCEmail:
OrgNOCRef:    https://whois.arin.net/rest/poc/NOG3-ARIN

OrgTechHandle: NOG3-ARIN
OrgTechName:   Steadfast Networks Network Operations Center
OrgTechPhone: +1-312-602-2689
OrgTechEmail:
OrgTechRef:    https://whois.arin.net/rest/poc/NOG3-ARIN

== Additional Information From rwhois://rwhois.steadfast.net:4321 ==

%rwhois V-1.0,V-1.5:00090h:00 manage.steadfast.net (Ubersmith RWhois Server V-3.5.13)
autharea=67.202.80.0/22
xautharea=67.202.80.0/22
network:Class-Name:network
network:Auth-Area:67.202.80.0/22
network:ID:NET-37764.67.202.83.147
network:Network-Name:Public (IPv4)
network:IP-Network:67.202.83.147
network:IP-Network-Block:67.202.83.147
network:Org-Name:Matvil Corp.
network:Street-Address:125 Weldrick rd west unit 21
network:City:Richmod Hill
network:State:ON
network:Postal-Code:l4c 3v2
network:Country-Code:CA
network:Tech-Contact:MAINT-37764.67.202.83.147
network:Created:20151027140927000
network:Updated:20151221202239000
network:Updated-By:
contact:POC-Name:Alex Crivoi
contact:POC-Email:
contact:POC-Phone:+16477165456
contact:Tech-Name:Alex Crivoi
contact:Tech-Email:
contact:Tech-Phone:+16477165456
contact:Abuse-Name:Alex Crivoi
contact:Abuse-Email:
contact:Abuse-Phone:+16477165456

## Platform ROKU

Broadcast: **«Ozark», 2017 1 season, 1 series**
Destination IPs: 67.202.83.146, 104.20.3.29, 104.20.2.29
Source: 67.202.83.146:80, 104.20.3.29:443, 104.20.2.29:443
Whois:

| IP Location | 🇺🇸 United States Chicago Steadfast Networks |
|---|---|
| ASN | 🇺🇸 AS32748 STEADFAST - Steadfast, US (registered Jul 16, 2004) |
| Resolve Host | ip146.67-202-83.static.steadfastdns.net |
| Whois Server | whois.arin.net |
| IP Address | 67.202.83.146 |

```
NetRange:     67.202.64.0 - 67.202.127.255
CIDR:         67.202.64.0/18
NetName:      STEADFAST-3
NetHandle:    NET-67-202-64-0-1
Parent:       NET67 (NET-67-0-0-0-0)
NetType:      Direct Allocation
OriginAS:     AS32748
Organization: Steadfast (SNL-74)
RegDate:      2007-08-09
Updated:      2016-08-11
Ref:          https://whois.arin.net/rest/net/NET-67-202-64-0-1


OrgName:      Steadfast
OrgId:        SNL-74
Address:      725 S Wells St
Address:      8th Floor
City:         Chicago
StateProv:    IL
PostalCode:   60607
Country:      US
RegDate:      2016-02-04
Updated:      2017-01-28
Comment:      Please submit all reports of abuse to
Comment:      . Reports sent to
Comment:      other addresses will not be processed.
Ref:          https://whois.arin.net/rest/org/SNL-74


ReferralServer:  rwhois://rwhois.steadfast.net:4321


OrgAbuseHandle: ABUSE959-ARIN
OrgAbuseName:   Steadfast Networks Abuse Department
OrgAbusePhone:  +1-312-602-2688
OrgAbuseEmail:
OrgAbuseRef:    https://whois.arin.net/rest/poc/ABUSE959-ARIN


OrgNOCHandle: NOG3-ARIN
OrgNOCName:   Steadfast Networks Network Operations Center
OrgNOCPhone:  +1-312-602-2689
OrgNOCEmail:
OrgNOCRef:    https://whois.arin.net/rest/poc/NOG3-ARIN


OrgTechHandle: NOG3-ARIN
```

OrgTechName:   Steadfast Networks Network Operations Center
OrgTechPhone: +1-312-602-2689
OrgTechEmail:
OrgTechRef:    https://whois.arin.net/rest/poc/NOG3-ARIN

NetRange:      67.202.80.0 - 67.202.83.255
CIDR:          67.202.80.0/22
NetName:       STEADFAST-NYC-5
NetHandle:     NET-67-202-80-0-1
Parent:        STEADFAST-3 (NET-67-202-64-0-1)
NetType:       Reallocated
OriginAS:      AS32748
Organization:  Steadfast Networks (STEAD-4)
RegDate:       2012-05-16
Updated:       2012-05-16
Comment:       Please submit all reports of abuse to
Comment:        . Reports sent to other
Comment:       addresses will not be processed.
Ref:           https://whois.arin.net/rest/net/NET-67-202-80-0-1

OrgName:       Steadfast Networks
OrgId:         STEAD-4
Address:       3003 Woodbridge Ave
City:          Edison
StateProv:     NJ
PostalCode:    08837
Country:       US
RegDate:       2010-11-30
Updated:       2015-01-30
Comment:       Please submit all reports of abuse to
Comment:        . Reports sent to
Comment:       other addresses will not be processed.
Ref:           https://whois.arin.net/rest/org/STEAD-4

ReferralServer:  rwhois://rwhois.steadfast.net:4321

OrgNOCHandle: NOG3-ARIN
OrgNOCName:   Steadfast Networks Network Operations Center
OrgNOCPhone: +1-312-602-2689
OrgNOCEmail:
OrgNOCRef:    https://whois.arin.net/rest/poc/NOG3-ARIN

OrgTechHandle: NOG3-ARIN
OrgTechName:   Steadfast Networks Network Operations Center
OrgTechPhone: +1-312-602-2689
OrgTechEmail:
OrgTechRef:    https://whois.arin.net/rest/poc/NOG3-ARIN

OrgAbuseHandle: ABUSE959-ARIN
OrgAbuseName:   Steadfast Networks Abuse Department
OrgAbusePhone: +1-312-602-2689
OrgAbuseEmail:
OrgAbuseRef:    https://whois.arin.net/rest/poc/ABUSE959-ARIN


== Additional Information From rwhois://rwhois.steadfast.net:4321 ==

```
%rwhois V-1.0,V-1.5:00090h:00 manage.steadfast.net (Ubersmith RWhois Server V-3.5.13)
autharea=67.202.80.0/22
xautharea=67.202.80.0/22
network:Class-Name:network
network:Auth-Area:67.202.80.0/22
network:ID:NET-37200.67.202.83.146
network:Network-Name:IP Allocation
network:IP-Network:67.202.83.146
network:IP-Network-Block:67.202.83.146
network:Org-Name:Matvil Corp.
network:Street-Address:125 Weldrick rd west unit 21
network:City:Richmod Hill
network:State:ON
network:Postal-Code:l4c 3v2
network:Country-Code:CA
network:Tech-Contact:MAINT-37200.67.202.83.146
network:Created:20151027140927000
network:Updated:20151221151846000
network:Updated-By:
contact:POC-Name:Alex Crivoi
contact:POC-Email:
contact:POC-Phone:+16477165456
contact:Tech-Name:Alex Crivoi
contact:Tech-Email:
contact:Tech-Phone:+16477165456
contact:Abuse-Name:Alex Crivoi
contact:Abuse-Email:
contact:Abuse-Phone:+16477165456
```

# Platform ROKU

| | |
|---|---|
| Place: | Toronto, Canada |
| Broadcast: | Game of thrones Season 7 Episode 3, HBO |
| Destination IP: | 67.202.83.149:80 |
| Source: | 67.202.83.149 |
| IP Location: | United States Chicago Steadfast Networks |
| ASN: | AS32748 STEADFAST - Steadfast, US (registered Jul 16, 2004) |
| Resolve Host: | ip149.67-202-83.static.steadfastdns.net |
| Whois Server: | whois.arin.net |
| IP Address: | 67.202.83.149 |
| NetRange: | 67.202.64.0 - 67.202.127.255 |
| CIDR: | 67.202.64.0/18 |
| NetName: | STEADFAST-3 |
| NetHandle: | NET-67-202-64-0-1 |
| Parent: | NET67 (NET-67-0-0-0-0) |
| NetType: | Direct Allocation |
| OriginAS: | AS32748 |
| Organization: | Steadfast (SNL-74) |
| RegDate: | 2007-08-09 |
| Updated: | 2016-08-11 |
| Ref: | https://whois.arin.net/rest/net/NET-67-202-64-0-1 |
| | |
| OrgName: | Steadfast |
| OrgId: | SNL-74 |
| Address: | 725 S Wells St |
| Address: | 8th Floor |
| City: | Chicago |
| StateProv: | IL |
| PostalCode: | 60607 |
| Country: | US |
| RegDate: | 2016-02-04 |
| Updated: | 2017-01-28 |
| Comment: | Please submit all reports of abuse to |
| Comment: | abuse@steadfast.net . Reports sent to |
| Comment: | other addresses will not be processed. |
| Ref: | https://whois.arin.net/rest/org/SNL-74 |
| | |
| ReferralServer: | rwhois://rwhois.steadfast.net:4321 |
| | |
| OrgTechHandle: | NOG3-ARIN |
| OrgTechName: | Steadfast Networks Network Operations Center |

OrgTechPhone:      +1-312-602-2689

OrgTechEmail:      noc@steadfast.net

OrgTechRef:        https://whois.arin.net/rest/poc/NOG3-ARIN


OrgAbuseHandle:    ABUSE959-ARIN

OrgAbuseName:      Steadfast Networks Abuse Department

OrgAbusePhone:     +1-312-602-2689

OrgAbuseEmail:     abuse@steadfast.net

OrgAbuseRef:       https://whois.arin.net/rest/poc/ABUSE959-ARIN


OrgNOCHandle:      NOG3-ARIN

OrgNOCName:        Steadfast Networks Network Operations Center

OrgNOCPhone:       +1-312-602-2689

OrgNOCEmail:       noc@steadfast.net

OrgNOCRef:         https://whois.arin.net/rest/poc/NOG3-ARIN


NetRange:          67.202.80.0 - 67.202.83.255

CIDR:              67.202.80.0/22

NetName:           STEADFAST-NYC-5

NetHandle:         NET-67-202-80-0-1

Parent:            STEADFAST-3 (NET-67-202-64-0-1)

NetType:           Reallocated

OriginAS:          AS32748

Organization:      Steadfast Networks (STEAD-4)

RegDate:           2012-05-16

Updated:           2012-05-16

Comment:           Please submit all reports of abuse to

Comment:           abuse@steadfast.net . Reports sent to other

Comment:           addresses will not be processed.

Ref:               https://whois.arin.net/rest/net/NET-67-202-80-0-1


OrgName:           Steadfast Networks

OrgId:             STEAD-4

Address:           3003 Woodbridge Ave

City:              Edison

StateProv:         NJ

PostalCode:        08837

Country:           US

RegDate:           2010-11-30

Updated:           2015-01-30

Comment:           Please submit all reports of abuse to

2

| | |
|---|---|
| Comment: | abuse@steadfast.net . Reports sent to |
| Comment: | other addresses will not be processed. |
| Ref: | https://whois.arin.net/rest/org/STEAD-4 |

ReferralServer:          rwhois://rwhois.steadfast.net:4321

OrgAbuseHandle:     ABUSE959-ARIN
OrgAbuseName:       Steadfast Networks Abuse Department
OrgAbusePhone:      +1-312-602-2689
OrgAbuseEmail:      abuse@steadfast.net
OrgAbuseRef:        https://whois.arin.net/rest/poc/ABUSE959-ARIN

OrgNOCHandle:       NOG3-ARIN
OrgNOCName:         Steadfast Networks Network Operations Center
OrgNOCPhone:        +1-312-602-2689
OrgNOCEmail:        noc@steadfast.net
OrgNOCRef:          https://whois.arin.net/rest/poc/NOG3-ARIN

OrgTechHandle:      NOG3-ARIN
OrgTechName:        Steadfast Networks Network Operations Center
OrgTechPhone:       +1-312-602-2689
OrgTechEmail:       noc@steadfast.net
OrgTechRef:         https://whois.arin.net/rest/poc/NOG3-ARIN

== Additional Information From rwhois://rwhois.steadfast.net:4321 ==

rwhois V-1.0,V-1.5:00090h:00 manage.steadfast.net (Ubersmith RWhois Server V-3.1.5)
autharea = 67.202.80.0/22
xautharea = 67.202.80.0/22
network: Class-Name:network
network: Auth-Area:67.202.80.0/22
network: ID: NET-38714.67.202.83.149
network: Network-Name:Secondary Public IP
network: IP-Network: 67.202.83.149
network: IP-Network-Block: 67.202.83.149
network: Org-Name:Matvil Corp.
network: Street-Address:125 Weldrick rd west unit 21
network: City:Richmod Hill
network: State:ON
network: Postal-Code:l4c 3v2

3

network: Country-Code:CA
network: Tech-Contact:MAINT-38714.67.202.83.149
network: Created:20151027140927000
network: Updated:20160322192417000
network: Updated-By: noc@steadfast.net
contact: POC-Name:Alex Crivoi
contact: POC-Email: alex.crivoi@etvnet.com
contact: POC-Phone:+16477165456
contact: Tech-Name:Alex Crivoi
contact: Tech-Email: alex.crivoi@etvnet.com
contact: Tech-Phone:+16477165456
contact: Abuse-Name:Alex Crivoi
contact: Abuse-Email: alex.crivoi@etvnet.com
contact: Abuse-Phone:+16477165456

4

# Platform ROKU

Place:              Toronto, Canada
Broadcast:          Game of thrones Season 7 Episode 4, HBO
Destination IP:            67.202.83.150:80
Source:             67.202.83.150
IP Location:        United States Chicago Steadfast Networks
ASN:                AS32748 STEADFAST - Steadfast, US (registered Jul 16,
2004)
Resolve Host:       ip150.67-202-83.static.steadfastdns.net
Whois Server:       whois.arin.net
IP Address:         67.202.83.150
NetRange:           67.202.64.0 - 67.202.127.255
CIDR:               67.202.64.0/18
NetName:            STEADFAST-3
NetHandle:          NET-67-202-64-0-1
Parent:             NET67 (NET-67-0-0-0-0)
NetType:            Direct Allocation
OriginAS:           AS32748
Organization:       Steadfast (SNL-74)
RegDate:            2007-08-09
Updated:            2016-08-11
Ref:                https://whois.arin.net/rest/net/NET-67-202-64-0-1

OrgName:            Steadfast
OrgId:              SNL-74
Address:            725 S Wells St
Address:            8th Floor
City:               Chicago
StateProv:          IL
PostalCode:         60607
Country:            US
RegDate:            2016-02-04
Updated:            2017-01-28
Comment:            Please submit all reports of abuse to

Comment:            abuse@steadfast.net . Reports sent to
Comment:            other addresses will not be processed.
Ref:                https://whois.arin.net/rest/org/SNL-74

ReferralServer:     rwhois://rwhois.steadfast.net:4321

OrgTechHandle:      NOG3-ARIN
OrgTechName:        Steadfast Networks Network Operations Center

| | |
|---|---|
| OrgTechPhone: | +1-312-602-2689 |
| OrgTechEmail: | noc@steadfast.net |
| OrgTechRef: | https://whois.arin.net/rest/poc/NOG3-ARIN |
| | |
| OrgAbuseHandle: | ABUSE959-ARIN |
| OrgAbuseName: | Steadfast Networks Abuse Department |
| OrgAbusePhone: | +1-312-602-2689 |
| OrgAbuseEmail: | abuse@steadfast.net |
| OrgAbuseRef: | https://whois.arin.net/rest/poc/ABUSE959-ARIN |
| | |
| OrgNOCHandle: | NOG3-ARIN |
| OrgNOCName: | Steadfast Networks Network Operations Center |
| OrgNOCPhone: | +1-312-602-2689 |
| OrgNOCEmail: | noc@steadfast.net |
| OrgNOCRef: | https://whois.arin.net/rest/poc/NOG3-ARIN |
| | |
| NetRange: | 67.202.80.0 - 67.202.83.255 |
| CIDR: | 67.202.80.0/22 |
| NetName: | STEADFAST-NYC-5 |
| NetHandle: | NET-67-202-80-0-1 |
| Parent: | STEADFAST-3 (NET-67-202-64-0-1) |
| NetType: | Reallocated |
| OriginAS: | AS32748 |
| Organization: | Steadfast Networks (STEAD-4) |
| RegDate: | 2012-05-16 |
| Updated: | 2012-05-16 |
| Comment: | Please submit all reports of abuse to |
| Comment: | abuse@steadfast.net . Reports sent to other |
| Comment: | addresses will not be processed. |
| Ref: | https://whois.arin.net/rest/net/NET-67-202-80-0-1 |
| | |
| OrgName: | Steadfast Networks |
| OrgId: | STEAD-4 |
| Address: | 3003 Woodbridge Ave |
| City: | Edison |
| StateProv: | NJ |
| PostalCode: | 08837 |
| Country: | US |
| RegDate: | 2010-11-30 |
| Updated: | 2015-01-30 |
| Comment: | Please submit all reports of abuse to |

2

Comment:            abuse@steadfast.net . Reports sent to
Comment:            other addresses will not be processed.
Ref:                https://whois.arin.net/rest/org/STEAD-4

ReferralServer:     rwhois://rwhois.steadfast.net:4321

OrgAbuseHandle:     ABUSE959-ARIN
OrgAbuseName:       Steadfast Networks Abuse Department
OrgAbusePhone:      +1-312-602-2689
OrgAbuseEmail:      abuse@steadfast.net
OrgAbuseRef:        https://whois.arin.net/rest/poc/ABUSE959-ARIN

OrgNOCHandle:       NOG3-ARIN
OrgNOCName:         Steadfast Networks Network Operations Center
OrgNOCPhone:        +1-312-602-2689
OrgNOCEmail:        noc@steadfast.net
OrgNOCRef:          https://whois.arin.net/rest/poc/NOG3-ARIN

OrgTechHandle:      NOG3-ARIN
OrgTechName:        Steadfast Networks Network Operations Center
OrgTechPhone:       +1-312-602-2689
OrgTechEmail:       noc@steadfast.net
OrgTechRef:         https://whois.arin.net/rest/poc/NOG3-ARIN

== Additional Information From rwhois://rwhois.steadfast.net:4321 ==

rwhois V-1.0,V-1.5:00090h:00 manage.steadfast.net (Ubersmith RWhois Server V-3.1.5)
autharea = 67.202.80.0/22
xautharea = 67.202.80.0/22
network: Class-Name:network
network: Auth-Area:67.202.80.0/22
network: ID: NET-38714.67.202.83.150
network: Network-Name:Secondary Public IP
network: IP-Network: 67.202.83.150
network: IP-Network-Block: 67.202.83.150
network: Org-Name:Matvil Corp.
network: Street-Address:125 Weldrick rd west unit 21
network: City:Richmod Hill
network: State:ON
network: Postal-Code:l4c 3v2

3

network: Country-Code:CA

network: Tech-Contact:MAINT-38714.67.202.83.150

network: Created:20151027140927000

network: Updated:20160322192417000

network: Updated-By: noc@steadfast.net

contact: POC-Name:Alex Crivoi

contact: POC-Email: alex.crivoi@etvnet.com

contact: POC-Phone:+16477165456

contact: Tech-Name:Alex Crivoi

contact: Tech-Email: alex.crivoi@etvnet.com

contact: Tech-Phone:+16477165456

contact: Abuse-Name:Alex Crivoi

contact: Abuse-Email: alex.crivoi@etvnet.com

contact: Abuse-Phone:+16477165456

4

# Platform ROKU

| | |
|---|---|
| Place: | Toronto, Canada |
| Broadcast: | Transformers: The Last Knight, USA, 2017 |
| Destination IP: | 67.202.83.147:80 |
| Source: | 67.202.83.147 |
| IP Location: | United States Chicago Steadfast Networks |
| ASN: | AS32748 STEADFAST - Steadfast, US (registered Jul 16, 2004) |
| Resolve Host: | ip147.67-202-83.static.steadfastdns.net |
| Whois Server: | whois.arin.net |
| IP Address: | 67.202.83.147 |
| | |
| NetRange: | 67.202.64.0 - 67.202.127.255 |
| CIDR: | 67.202.64.0/18 |
| NetName: | STEADFAST-3 |
| NetHandle: | NET-67-202-64-0-1 |
| Parent: | NET67 (NET-67-0-0-0-0) |
| NetType: | Direct Allocation |
| OriginAS: | AS32748 |
| Organization: | Steadfast (SNL-74) |
| RegDate: | 2007-08-09 |
| Updated: | 2016-08-11 |
| Ref: | https://whois.arin.net/rest/net/NET-67-202-64-0-1 |
| | |
| OrgName: | Steadfast |
| OrgId: | SNL-74 |
| Address: | 725 S Wells St |
| Address: | 8th Floor |
| City: | Chicago |
| StateProv: | IL |
| PostalCode: | 60607 |
| Country: | US |
| RegDate: | 2016-02-04 |
| Updated: | 2017-01-28 |
| Comment: | Please submit all reports of abuse to |
| Comment: | abuse@steadfast.net . Reports sent to |
| Comment: | other addresses will not be processed. |
| Ref: | https://whois.arin.net/rest/org/SNL-74 |
| | |
| ReferralServer: | rwhois://rwhois.steadfast.net:4321 |

| | |
|---|---|
| OrgNOCHandle: | NOG3-ARIN |
| OrgNOCName: | Steadfast Networks Network Operations Center |
| OrgNOCPhone: | +1-312-602-2689 |
| OrgNOCEmail: | noc@steadfast.net |
| OrgNOCRef: | https://whois.arin.net/rest/poc/NOG3-ARIN |

| | |
|---|---|
| OrgTechHandle: | NOG3-ARIN |
| OrgTechName: | Steadfast Networks Network Operations Center |
| OrgTechPhone: | +1-312-602-2689 |
| OrgTechEmail: | noc@steadfast.net |
| OrgTechRef: | https://whois.arin.net/rest/poc/NOG3-ARIN |

| | |
|---|---|
| OrgAbuseHandle: | ABUSE959-ARIN |
| OrgAbuseName: | Steadfast Networks Abuse Department |
| OrgAbusePhone: | +1-312-602-2689 |
| OrgAbuseEmail: | abuse@steadfast.net |
| OrgAbuseRef: | https://whois.arin.net/rest/poc/ABUSE959-ARIN |

| | |
|---|---|
| NetRange: | 67.202.80.0 - 67.202.83.255 |
| CIDR: | 67.202.80.0/22 |
| NetName: | STEADFAST-NYC-5 |
| NetHandle: | NET-67-202-80-0-1 |
| Parent: | STEADFAST-3 (NET-67-202-64-0-1) |
| NetType: | Reallocated |
| OriginAS: | AS32748 |
| Organization: | Steadfast Networks (STEAD-4) |
| RegDate: | 2012-05-16 |
| Updated: | 2012-05-16 |
| Comment: | Please submit all reports of abuse to |
| Comment: | abuse@steadfast.net. Reports sent to other |
| Comment: | addresses will not be processed. |
| Ref: | https://whois.arin.net/rest/net/NET-67-202-80-0-1 |

| | |
|---|---|
| OrgName: | Steadfast Networks |
| OrgId: | STEAD-4 |
| Address: | 3003 Woodbridge Ave |
| City: | Edison |
| StateProv: | NJ |
| PostalCode: | 08837 |
| Country: | US |
| RegDate: | 2010-11-30 |

2

| | |
|---|---|
| Updated: | 2015-01-30 |
| Comment: | Please submit all reports of abuse to |
| Comment: | abuse@steadfast.net . Reports sent to |
| Comment: | other addresses will not be processed. |
| Ref: | https://whois.arin.net/rest/org/STEAD-4 |

| | |
|---|---|
| ReferralServer: | rwhois://rwhois.steadfast.net:4321 |

| | |
|---|---|
| OrgTechHandle: | NOG3-ARIN |
| OrgTechName: | Steadfast Networks Network Operations Center |
| OrgTechPhone: | +1-312-602-2689 |
| OrgTechEmail: | noc@steadfast.net |
| OrgTechRef: | https://whois.arin.net/rest/poc/NOG3-ARIN |

| | |
|---|---|
| OrgAbuseHandle: | ABUSE959-ARIN |
| OrgAbuseName: | Steadfast Networks Abuse Department |
| OrgAbusePhone: | +1-312-602-2689 |
| OrgAbuseEmail: | abuse@steadfast.net |
| OrgAbuseRef: | https://whois.arin.net/rest/poc/ABUSE959-ARIN |

| | |
|---|---|
| OrgNOCHandle: | NOG3-ARIN |
| OrgNOCName: | Steadfast Networks Network Operations Center |
| OrgNOCPhone: | +1-312-602-2689 |
| OrgNOCEmail: | noc@steadfast.net |
| OrgNOCRef: | https://whois.arin.net/rest/poc/NOG3-ARIN |

== Additional Information From rwhois://rwhois.steadfast.net:4321 ==

%rwhois V-1.0,V-1.5:00090h:00 manage.steadfast.net (Ubersmith RWhois Server V-3.1.5)
autharea=67.202.80.0/22
xautharea=67.202.80.0/22
network:Class-Name:network
network:Auth-Area:67.202.80.0/22
network:ID:NET-37764.67.202.83.147
network:Network-Name:Public (IPv4)
network:IP-Network:67.202.83.147
network:IP-Network-Block:67.202.83.147
network:Org-Name:Matvil Corp.
network:Street-Address:125 Weldrick rd west unit 21
network:City:Richmod Hill

3

network:State:ON
network:Postal-Code:l4c 3v2
network:Country-Code:CA
network:Tech-Contact:MAINT-37764.67.202.83.147
network:Created:20151027140927000
network:Updated:20151221202239000

network:Updated-By: noc@steadfast.net
contact:POC-Name:Alex Crivoi

contact:POC-Email: alex.crivoi@etvnet.com
contact:POC-Phone:+16477165456
contact:Tech-Name:Alex Crivoi

contact:Tech-Email: alex.crivoi@etvnet.com
contact:Tech-Phone:+16477165456
contact:Abuse-Name:Alex Crivoi

contact:Abuse-Email: alex.crivoi@etvnet.com
contact:Abuse-Phone:+16477165456
%ok

Platform ROKU

Broadcast: **«Suits», 3 season 9 series**
Destination IPs: 104.20.3.29, 104.20.2.29
Source: 104.20.3.29:80, 104.20.2.29:80
Whois:
IP Location       United States Phoenix Cloudflare Inc.
ASN               AS13335 CLOUDFLARENET - Cloudflare, Inc., US (registered Jul 14, 2010)
Whois Server whois.arin.net
IP Address     104.20.3.29

NetRange:      104.16.0.0 - 104.31.255.255
CIDR:          104.16.0.0/12
NetName:       CLOUDFLARENET
NetHandle:     NET-104-16-0-0-1
Parent:        NET104 (NET-104-0-0-0-0)
NetType:       Direct Assignment
OriginAS:      AS13335
Organization:  Cloudflare, Inc. (CLOUD14)
RegDate:       2014-03-28
Updated:       2017-02-17
Comment:       All Cloudflare abuse reporting can be done via
https://www.cloudflare.com/abuse
Ref:           https://whois.arin.net/rest/net/NET-104-16-0-0-1

OrgName:       Cloudflare, Inc.
OrgId:         CLOUD14
Address:       101 Townsend Street
City:          San Francisco
StateProv:     CA
PostalCode:    94107
Country:       US
RegDate:       2010-07-09
Updated:       2017-02-17
Comment:       All Cloudflare abuse reporting can be done via
https://www.cloudflare.com/abuse
Ref:           https://whois.arin.net/rest/org/CLOUD14

OrgTechHandle: ADMIN2521-ARIN
OrgTechName:   Admin
OrgTechPhone:  +1-650-319-8930
OrgTechEmail:
OrgTechRef:    https://whois.arin.net/rest/poc/ADMIN2521-ARIN

OrgAbuseHandle: ABUSE2916-ARIN
OrgAbuseName:   Abuse
OrgAbusePhone:  +1-650-319-8930
OrgAbuseEmail:
OrgAbuseRef:    https://whois.arin.net/rest/poc/ABUSE2916-ARIN

OrgNOCHandle: NOC11962-ARIN
OrgNOCName:   NOC
OrgNOCPhone:  +1-650-319-8930
OrgNOCEmail:

OrgNOCRef:    https://whois.arin.net/rest/poc/NOC11962-ARIN

RNOCHandle: NOC11962-ARIN
RNOCName:   NOC
RNOCPhone:  +1-650-319-8930
RNOCEmail:
RNOCRef:    https://whois.arin.net/rest/poc/NOC11962-ARIN

RTechHandle: ADMIN2521-ARIN
RTechName:  Admin
RTechPhone:  +1-650-319-8930
RTechEmail:
RTechRef:    https://whois.arin.net/rest/poc/ADMIN2521-ARIN

RAbuseHandle: ABUSE2916-ARIN
RAbuseName:   Abuse
RAbusePhone:  +1-650-319-8930
RAbuseEmail:
RAbuseRef:    https://whois.arin.net/rest/poc/ABUSE2916-ARIN

## Platform ROKU

Broadcast: **«The Big Sick», 2017**
Destination IPs: 104.20.3.29, 104.20.2.29
Source: 104.20.3.29:443, 104.20.2.29:443
Whois:

| | |
|---|---|
| IP Location | 🇺🇸 United States Phoenix Cloudflare Inc. |
| ASN | 🇺🇸 AS13335 CLOUDFLARENET - Cloudflare, Inc., US (registered Jul 14, 2010) |
| Whois Server | whois.arin.net |
| IP Address | 104.20.2.29 |
| Reverse IP | 1 website uses this address. |

NetRange:      104.16.0.0 - 104.31.255.255
CIDR:          104.16.0.0/12
NetName:       CLOUDFLARENET
NetHandle:     NET-104-16-0-0-1
Parent:        NET104 (NET-104-0-0-0-0)
NetType:       Direct Assignment
OriginAS:      AS13335
Organization:  Cloudflare, Inc. (CLOUD14)
RegDate:       2014-03-28
Updated:       2017-02-17
Comment:       All Cloudflare abuse reporting can be done via
https://www.cloudflare.com/abuse
Ref:           https://whois.arin.net/rest/net/NET-104-16-0-0-1

OrgName:       Cloudflare, Inc.
OrgId:         CLOUD14
Address:       101 Townsend Street
City:          San Francisco
StateProv:     CA
PostalCode:    94107
Country:       US
RegDate:       2010-07-09
Updated:       2017-02-17
Comment:       All Cloudflare abuse reporting can be done via
https://www.cloudflare.com/abuse
Ref:           https://whois.arin.net/rest/org/CLOUD14

OrgTechHandle: ADMIN2521-ARIN
OrgTechName:  Admin
OrgTechPhone: +1-650-319-8930
OrgTechEmail:
OrgTechRef:    https://whois.arin.net/rest/poc/ADMIN2521-ARIN

OrgAbuseHandle: ABUSE2916-ARIN
OrgAbuseName:  Abuse
OrgAbusePhone:  +1-650-319-8930
OrgAbuseEmail:
OrgAbuseRef:    https://whois.arin.net/rest/poc/ABUSE2916-ARIN

OrgNOCHandle: NOC11962-ARIN
OrgNOCName:   NOC

OrgNOCPhone:  +1-650-319-8930
OrgNOCEmail:
OrgNOCRef:    https://whois.arin.net/rest/poc/NOC11962-ARIN

RNOCHandle: NOC11962-ARIN
RNOCName:   NOC
RNOCPhone:  +1-650-319-8930
RNOCEmail:
RNOCRef:    https://whois.arin.net/rest/poc/NOC11962-ARIN

RTechHandle: ADMIN2521-ARIN
RTechName:   Admin
RTechPhone:  +1-650-319-8930
RTechEmail:
RTechRef:    https://whois.arin.net/rest/poc/ADMIN2521-ARIN

RAbuseHandle: ABUSE2916-ARIN
RAbuseName:   Abuse
RAbusePhone:  +1-650-319-8930
RAbuseEmail:
RAbuseRef:    https://whois.arin.net/rest/poc/ABUSE2916-ARIN

# Platform ROKU

Broadcast: **«The Do Over», 2016**
Destination IPs: 208.100.31.187, 104.20.2.29
Source: 208.100.31.187:80, 104.20.2.29:443
Whois:

| | |
|---|---|
| IP Location | 🇺🇸 United States Chicago Steadfast |
| ASN | 🇺🇸 AS32748 STEADFAST - Steadfast, US (registered Jul 16, 2004) |
| Resolve Host | ip187.208-100-31.static.steadfastdns.net |
| Whois Server | whois.arin.net |
| IP Address | 208.100.31.187 |

```
NetRange:      208.100.0.0 - 208.100.63.255
CIDR:          208.100.0.0/18
NetName:       STEADFAST-2
NetHandle:     NET-208-100-0-0-1
Parent:        NET208 (NET-208-0-0-0-0)
NetType:       Direct Allocation
OriginAS:      AS32748
Organization:  Steadfast (SNL-74)
RegDate:       2006-02-17
Updated:       2016-08-11
Ref:           https://whois.arin.net/rest/net/NET-208-100-0-0-1


OrgName:       Steadfast
OrgId:         SNL-74
Address:       725 S Wells St
Address:       8th Floor
City:          Chicago
StateProv:     IL
PostalCode:    60607
Country:       US
RegDate:       2016-02-04
Updated:       2017-01-28
Comment:       Please submit all reports of abuse to
Comment:       . Reports sent to
Comment:       other addresses will not be processed.
Ref:           https://whois.arin.net/rest/org/SNL-74

ReferralServer:  rwhois://rwhois.steadfast.net:4321


OrgAbuseHandle: ABUSE959-ARIN
OrgAbuseName:   Steadfast Networks Abuse Department
OrgAbusePhone:  +1-312-602-2689
OrgAbuseEmail:
OrgAbuseRef:    https://whois.arin.net/rest/poc/ABUSE959-ARIN


OrgNOCHandle: NOG3-ARIN
OrgNOCName:   Steadfast Networks Network Operations Center
OrgNOCPhone:  +1-312-602-2689
OrgNOCEmail:
OrgNOCRef:    https://whois.arin.net/rest/poc/NOG3-ARIN


OrgTechHandle: NOG3-ARIN
```

OrgTechName:   Steadfast Networks Network Operations Center
OrgTechPhone:  +1-312-602-2689
OrgTechEmail:
OrgTechRef:    https://whois.arin.net/rest/poc/NOG3-ARIN

== Additional Information From rwhois://rwhois.steadfast.net:4321 ==

rwhois V-1.0,V-1.5:00090h:00 manage.steadfast.net (Ubersmith RWhois Server V-3.5.13)
autharea=208.100.0.0/18
xautharea=208.100.0.0/18
network:Class-Name:network
network:Auth-Area:208.100.0.0/18
network:ID:NET-34294.208.100.31.184/30
network:Network-Name:IP Allocation
network:IP-Network:208.100.31.184/30
network:IP-Network-Block:208.100.31.184 - 208.100.31.187
network:Org-Name:Matvil Corp.
network:Street-Address:125 Weldrick rd west unit 21
network:City:Richmod Hill
network:State:ON
network:Postal-Code:l4c 3v2
network:Country-Code:CA
network:Tech-Contact:MAINT-34294.208.100.31.184/30
network:Created:20140926154644000
network:Updated:20140926154926000
network:Updated-By:
contact:POC-Name:Alex Crivoi
contact:POC-Email:
contact:POC-Phone:+16477165456
contact:Tech-Name:Alex Crivoi
contact:Tech-Email:
contact:Tech-Phone:+16477165456
contact:Abuse-Name:Alex Crivoi
contact:Abuse-Email:
contact:Abuse-Phone:+16477165456

Platform ROKU

Broadcast: **«The Game of Thrones», 2017 7 season, 1 series**
Destination IPs: 104.20.3.29, 104.20.2.29
Source: 104.20.3.29:443, 104.20.2.29:443
Whois:

| | |
|---|---|
| IP Location | 🇺🇸 United States Phoenix Cloudflare Inc. |
| ASN | 🇺🇸 AS13335 CLOUDFLARENET - Cloudflare, Inc., US (registered Jul 14, 2010) |
| Whois Server | whois.arin.net |
| IP Address | 104.20.3.29 |

```
NetRange:     104.16.0.0 - 104.31.255.255
CIDR:         104.16.0.0/12
NetName:      CLOUDFLARENET
NetHandle:    NET-104-16-0-1
Parent:       NET104 (NET-104-0-0-0-0)
NetType:      Direct Assignment
OriginAS:     AS13335
Organization: Cloudflare, Inc. (CLOUD14)
RegDate:      2014-03-28
Updated:      2017-02-17
Comment:      All Cloudflare abuse reporting can be done via
https://www.cloudflare.com/abuse
Ref:          https://whois.arin.net/rest/net/NET-104-16-0-1


OrgName:      Cloudflare, Inc.
OrgId:        CLOUD14
Address:      101 Townsend Street
City:         San Francisco
StateProv:    CA
PostalCode:   94107
Country:      US
RegDate:      2010-07-09
Updated:      2017-02-17
Comment:      All Cloudflare abuse reporting can be done via
https://www.cloudflare.com/abuse
Ref:          https://whois.arin.net/rest/org/CLOUD14

OrgTechHandle: ADMIN2521-ARIN
OrgTechName:  Admin
OrgTechPhone: +1-650-319-8930
OrgTechEmail:
OrgTechRef:   https://whois.arin.net/rest/poc/ADMIN2521-ARIN

OrgAbuseHandle: ABUSE2916-ARIN
OrgAbuseName:  Abuse
OrgAbusePhone: +1-650-319-8930
OrgAbuseEmail:
OrgAbuseRef:   https://whois.arin.net/rest/poc/ABUSE2916-ARIN

OrgNOCHandle: NOC11962-ARIN
OrgNOCName:   NOC
OrgNOCPhone:  +1-650-319-8930
OrgNOCEmail:
```

OrgNOCRef:    https://whois.arin.net/rest/poc/NOC11962-ARIN

RNOCHandle: NOC11962-ARIN
RNOCName:   NOC
RNOCPhone:  +1-650-319-8930
RNOCEmail:
RNOCRef:    https://whois.arin.net/rest/poc/NOC11962-ARIN

RTechHandle: ADMIN2521-ARIN
RTechName:   Admin
RTechPhone:  +1-650-319-8930
RTechEmail:
RTechRef:    https://whois.arin.net/rest/poc/ADMIN2521-ARIN

RAbuseHandle: ABUSE2916-ARIN
RAbuseName:   Abuse
RAbusePhone:  +1-650-319-8930
RAbuseEmail:
RAbuseRef:    https://whois.arin.net/rest/poc/ABUSE2916-ARIN