AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Alamite Ventures LP | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:17-CV-12468-LTS |
| Matvil Corporation (d/b/a ETVNET) et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Alamite Ventures LP                                                                                                    .

Date:      12/18/2017                                            /s/ Valentin Gurvits
                                                                      *Attorney's signature*


                                                          Valentin Gurvits (BBO# 643572)
                                                            *Printed name and bar number*

                                                              Boston Law Group, PC
                                                          825 Beacon Street, Suite 20
                                                      Newton Centre, Massachusetts 02459

                                                                      *Address*

                                                          vgurvits@bostonlawgroup.com
                                                                  *E-mail address*

                                                                (617) 928-1804
                                                                *Telephone number*

                                                                (617) 928-1802
                                                                  *FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 18, 2017.

/s/ Valentin Gurvits