## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

**Alamite Ventures LP,**
    a Scottish limited partnership,

    Plaintiff,

v.

**Matvil Corporation (d/b/a ETVNET)**,
    an Ontario, Canada corporation,
**Mikhail Gayster**, an individual,
**Nataliya Viktorova**, an individual,

    Defendants.

Case No.:  1:17-cv-12468-LTS

**PLAINTIFF'S MOTION FOR
ENLARGEMENT OF TIME TO SERVE
FOREIGN DEFENDANTS**

Plaintiff Alamite Ventures LP ("Plaintiff") hereby moves this honorable Court to issue an order enlarging the time to serve the foreign defendants Matvil Corporation, Mikhail Gayster and Nataliya Viktorova ("Defendants").  As set forth in Docket Entry No. 6, and pursuant to Local Rule 4.1(a), the Court has provided Plaintiff until March 15, 2018 to complete service of process on Defendants.  However, each of the Defendants are residents of Ontario, Canada and accordingly must be served in accordance with the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents pursuant to Federal Rule of Civil Procedure 4(f). Accordingly, the 90-day time limit for service set forth in Rule 4(m) and Local Rule 4.1, which this Court has applied in Docket Entry No. 6, does not apply to serving Defendants in Canada. F.R.C.P. 4(m) ("This subdivision (m) does not apply to service in a foreign country under Rule 4(f), 4(h)(2), or 4(j)(1)....").

As set forth in the attached Declaration of Matthew Shayefar ["Shayefar Decl."], Plaintiff has been diligently working towards serving Defendants pursuant to the Hague Convention.  On January 24, 2018, Plaintiff engaged Legal Language Services to manage the service of

Defendants through the Central Authority of Ontario, Canada pursuant to the Hague Convention. Shayefar Decl., ¶ 4.  The Central Authority received the summonses and complaints for Defendants on February 15, 2018.  *Id.*, ¶ 5.  The Legal Language Institute estimates that it will not receive proof of service back from the Central Authority until May or June of 2018 – two to four months after receipt.  *Id.*, ¶ 6.

Accordingly, pursuant to Local Rule 4.1(b), and on the basis of the foregoing, Plaintiff requests that this honorable Court enlarge the time for Plaintiff to accomplish service of process on Defendants and file such proof of service until **July 16, 2018**.

Dated:          March 12, 2018          Respectfully Submitted,
                                        Plaintiff Alamite Ventures LP
                                        By its attorneys,

                                        /s/ Matthew Shayefar
                                        Matthew Shayefar (BBO# 685927)
                                        Valentin Gurvits (BBO# 643572)
                                        Boston Law Group, PC
                                        825 Beacon Street, Suite 20
                                        Newton Centre, Massachusetts 02459
                                        Tel:    (617) 928-1800
                                        Fax:    (617) 928-1802
                                        matt@bostonlawgroup.com
                                        vgurvits@bostonlawgroup.com

                                        /s/ Evan Fray-Wtizer
                                        Evan Fray-Witzer (BBO # 564349)
                                        Ciampa Fray-Witzer, LLP
                                        20 Park Plaza, Suite 505
                                        Boston, Massachusetts 02116
                                        Tel:    (617) 426-0000
                                        Fax:    (617) 507-8043
                                        evan@CFWLegal.com