UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Alamite Ventures LP,**<br>    a Scottish limited partnership,<br><br>    Plaintiff,<br><br>v.<br><br>**Matvil Corporation (d/b/a ETVNET)**,<br>    an Ontario, Canada corporation,<br>**Mikhail Gayster**, an individual,<br>**Nataliya Viktorova**, an individual,<br><br>    Defendants. | Case No.: 1:17-cv-12468-LTS<br><br>**DECLARATION OF MATTHEW SHAYEFAR IN SUPPORT OF PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO SERVE FOREIGN DEFENDANTS** |

I, Matthew Shayefar, declare as follows:

1.  My name is Matthew Shayefar.  I am over the age of 18 years.  I am an attorney licensed in the Commonwealth of Massachusetts, the State of California and the State of Florida.  I am counsel to Plaintiff Alamite Ventures LP in the above captioned case.  I am familiar with the facts herein and make this declaration from my own personal knowledge.

2.  The Complaint in this action was filed on December 14, 2017.

3.  On December 20, 2017, I contacted various vendors to perform service of process on Defendants in accordance with the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents.  I received several bids.

4.  On January 24, 2018, Boston Law Group, PC engaged the Legal Language Institute (a division of ALS International, Inc.) to manage the service of process on each of the Defendants pursuant to the Hague Convention.  Thereafter, I sent the appropriate documents to the Legal Language Institute, which they represented to me that they forwarded the documents to the Ontario, Canada central authority under the Convention.

5. The Central Authority received the documents on February 15, 2018. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of a tracking update from FedEx that I received from the Legal Language Institute showing the delivery of documents to the Hague Central Authority-Ontario.

6. Attached hereto as <u>Exhibit 2</u> is a true and correct copy of correspondence that I received from the Legal Language Institute stating that it takes an average of 2-4 months before proof of service is returned from Canada.

I declare under penalty of perjury under the laws of the United States and the Commonwealth of Massachusetts that the foregoing is true and correct.

Dated: March 12, 2018                               /s/ Matthew Shayefar
                                                    Matthew Shayefar

# Exhibit 1

**Vicki Portuguez**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Thursday, February 15, 2018 9:28 AM |
| **To:** | vportuguez@legallanguage.com |
| **Subject:** | FedEx Shipment 771476518150 Delivered |



# Your package has been delivered
## Tracking # 771476518150

Ship date:
Tue, 2/13/2018
**VICKI PORTUGUEZ**
LEGAL LANGUAGE
SERVICES
SHAWNEE MISSION, KS
66208
US


Delivered

Delivery date:
Thu, 2/15/2018 10:22 am
**HAGUE CENTRAL AUTHORITY-ONTARIO**
MINISTRY OF THE
ATTORNEY GENER
COURT HOUSE, 393 MAIN STREET
ONTARIO COURT
(PROVINCIAL DIVI
HAILEYBURY, ON P0J1K0
CA

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| Tracking number: | 771476518150 |
| Status: | Delivered: 02/15/2018 10:22 AM Signed for By: N.AUGER |
| Reference: | Alamite v. Matvil |
| Signed for by: | N.AUGER |
| Delivery location: | HAILEYBURY, ON |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx International Priority |
| Packaging type: | FedEx Pak |
| Number of pieces: | 1 |
| Weight: | 6.00 lb. |
| Special handling/Services: | Deliver Weekday |

1

**FedEx** Shipment Receipt

**Address Information**

| Ship to: | Ship from: |
|---|---|
| HAGUE CENTRAL AUTHORITY-ONTARIO | Vicki Portuguez |
| Ministry of the Attorney General | Legal Language Services |
| Ontario Court (Provincial Division) | 8014 State Line Road |
| Court House, 393 Main Street | Suite 110 |
| HAILEYBURY, ON | Shawnee Mission, KS |
| P0J1K0 | 66208 |
| CA | US |
| 7056723395 | 9133413167 |

**Shipment Information:**
Tracking no.: 771476518150
Ship date: 02/13/2018
Estimated shipping charges: 0.00

**Package Information**
Pricing option:
Service type: International Priority
Package type: FedEx Pak
Number of packages: 1
Total weight: 6 LBS
Declared Value: 1.00 USD
Special Services:
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**
Bill transportation to: Third party
Bill duties/taxes/fees to: Third party
Your reference: Alamite v. Matvil
P.O. no.:
Invoice no.:
Department no.:

Thank you for shipping online with FedEx ShipManager at fedex.com.

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.

The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

# Exhibit 2



## LEGAL LANGUAGE SERVICES

A Division of ALS International, Inc.
8014 State Line Road
Suite 110
Leawood, KS 66208

Telephone (913) 341-3167
Toll Free (800) 755-5775
Telefax (913) 341-3168
www.legallanguage.com

February 16, 2018

Matthew Shayefar
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459

Re: *Alamite Ventures LLP v. Nataliya Viktorova, Mikhail Gayster -AND- Matvil Corporation*
*International Service of Process in Canada upon: Nataliya Viktorova, Mikhail Gayster -AND- Matvil Corporation*

Dear Mr. Shayefar:

I would like to inform you that the Central Authority for Canada received your three (3) Hague Requests for the above-mentioned case on February 15, 2018.

Currently, it takes an average of 2-4 months before proof of service is returned from Canada. If you wish, for an additional fee, LLS can provide periodic follow up with the Canadian Central Authority and report to you on your case's progress. Such reports normally commence 6-8 weeks after the request is filed with the foreign authority.

Once service has been effected, the Certificate on page two will be completed by the Canadian authorities and returned to LLS, along with a copy of all original documents forming a part of the Request. Please note the entire packet of documents as returned by the Central Authority is then normally submitted to the court as proof of service.

If you have any questions or concerns, please feel free to contact our office. It has been a pleasure working with you.

Sincerely,

LEGAL LANGUAGE SERVICES
*A Division of ALS International, Inc.*

[signature]

Vicki Portuguez
International Litigation Support Services