# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Alamite Ventures LP,** a Scottish limited partnership, <br><br> Plaintiff, <br><br> v. <br><br> **Matvil Corporation (d/b/a ETVNET)**, an Ontario, Canada corporation, **Mikhail Gayster**, an individual, and **Nataliya Viktorova**, an individual, <br><br> Defendants. | Case No.: 1:17-cv-12468-LTS <br><br> **PLAINTIFF'S STATUS REPORT** |

  Plaintiff Alamite Ventures LP ("Plaintiff") hereby provides the Court with a report on the status of service of process on the Defendants in accordance with the Court's order dated March 14, 2018 [Docket No. 8] granting Plaintiff's Motion for Extension of Time to Serve Foreign Defendants [Docket No. 7].

  As described in Plaintiff's Motion for Extension of Time to Serve Foreign Defendants, on January 24, 2018, Plaintiff engaged Legal Language Services to manage the service of process on Defendants through the Central Authority of Ontario, Canada pursuant to the Hague Convention.  The Central Authority received the summonses and complaints for Defendants on February 15, 2018.  The Legal Language Institute estimated that it would not receive proof of service back from the Central Authority until May or June of 2018 – two to four months after receipt.

  However, shortly after the Court's order on the Motion, Attorney Alex Patchen of Lewis Baach Kaufmann Middlemiss PLLC contacted counsel for Plaintiff on behalf of Defendants and stated that Defendants would execute waivers of service of summons.  Mr. Patchen provided to

Plaintiff's counsel the executed waivers of service of summons on March 23, 2018 and Plaintiff filed the waivers of service of summons for each of the Defendants on April 4, 2018 [Docket Nos. 10, 11, 12].

In accordance with the waivers of service of summons, Defendants have until June 21, 2018 to respond to the Complaint, which has not yet come to pass.

| | |
|---|---|
| Dated:     June 1, 2018 | Respectfully Submitted,<br>Plaintiff Alamite Ventures LP<br>By its attorneys,<br><br>/s/ Matthew Shayefar<br>Matthew Shayefar (BBO# 685927)<br>Valentin Gurvits (BBO# 643572)<br>Boston Law Group, PC<br>825 Beacon Street, Suite 20<br>Newton Centre, Massachusetts 02459<br>Tel:    (617) 928-1800<br>Fax:   (617) 928-1802<br>matt@bostonlawgroup.com<br>vgurvits@bostonlawgroup.com<br><br>/s/ Evan Fray-Wtizer<br>Evan Fray-Witzer (BBO # 564349)<br>Ciampa Fray-Witzer, LLP<br>20 Park Plaza, Suite 505<br>Boston, Massachusetts 02116<br>Tel:    (617) 426-0000<br>Fax:   (617) 507-8043<br>evan@CFWLegal.com |

## **CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 1, 2018.

                                                  /s/ Matthew Shayefar