UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ALAMITE VENTURES LP, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.: 1:17-cv-12468-LTS |
| MATVIL CORP., MIKHAIL GAYSTER and NATALIYA VIKTOROVA, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of **Peter C. Netburn**, and the firm of Hermes, Netburn, O'Connor & Spearing, P.C., as counsel for the Defendants, Matvil Corp., Mikhail Gayster and Nataliya Viktorova.

                                                  **MATVIL CORP.,
MIKHAIL GAYSTER and
NATALIYA VIKTOROVA,**
By their Attorneys,

                                                  */s/ Peter C. Netburn*
                                                  Peter C. Netburn, BBO No. 546935
                                                  pnetburn@hermesnetburn.com
                                                  HERMES, NETBURN, O'CONNOR
                                                     & SPEARING, P.C.
                                                  265 Franklin Street, Seventh Floor
                                                  Boston, MA  02110-3113
                                                  (617) 728-0050

Dated:  June 19, 2018                       (617) 728-0052 (Fax)

2

## **CERTIFICATE OF SERVICE**

     I, Peter C. Netburn, hereby certify on this 19th day of June, 2018, I served forgoing by causing a copy of same to be electronically served on all counsel of record via the Court's CM/ECF system.

                                        */s/ Peter C. Netburn*
                                        Peter C. Netburn