UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ALAMITE VENTURES LP,**<br>A Scottish limited partnership<br><br>Plaintiff,<br>v.<br><br>**MATVIL CORPORATION (d/b/a ETVNET)**,<br>an Ontario, Canada Corporation,<br>**MIKHAIL GAYSTER**, an individual,<br>**NATALIYA VIKTOROVA**, an individual,<br><br>Defendants. | Case No.: 1:17-cv-12468-LTS |

**ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Defendants Matvil Corp., Mikhail Gayster, and Nataliya Viktorova respectfully move this Court to extend Defendants' time to respond to the Complaint (Dkt. No. 1.) from June 21, 2018 to July 10, 2018.

This extension will allow the parties to continue discussing the possibility of resolving the dispute prior to Defendants responding to the Complaint.

There have been no prior extensions granted.

Plaintiff Alamite Ventures LP assents to this Motion.

WHEREFORE, the Defendants respectfully request the Court extend Defendants' time to respond to the Complaint to July 10, 2018.

**MATVIL CORP., MIKHAIL GAYSTER,** AND **NATALIYA VIKTOROVA**

By their attorneys,

/s/ *Peter C. Netburn*
Peter C. Netburn, BBO No.: 546935
pnetburn@hermesnetburn.com
HERMES, NETBURN, O'CONNOR
    & SPEARING, P.C.
265 Franklin Street, Seventh Floor
Boston, MA 02110-3113
 (617) 728-0050

*Attorneys for Defendants Matvil Corp., Mikhail Gayster, and Nataliya Viktorova*

Dated:  June 19, 2018

### CERTIFICATE OF SERVICE

I, Peter C. Netburn, hereby certify on this 19th day of June, 2018, I served forgoing by causing a copy of same to be electronically served on all counsel of record via the Court's CM/ECF system.

/s/ *Peter C. Netburn*
Peter C. Netburn