UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAMITE VENTURES LP, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) No.: 1:17-cv-12468-LTS |
| MATVIL CORP., MIKHAIL GAYSTER and NATALIYA VIKTOROVA, | ) ) ) ) |
| Defendants. | ) ) ) |

**DEFENDANTS' ASSENTED-TO MOTION TO ADMIT DAVID G. LISTON AND ALEX G. PATCHEN PRO HAC VICE**

Pursuant to Local Rule 83.5.3(b), Defendants Matvil Corp., Mikail Gayster and Nataliya Viktorova (collectively, "Matvil") move for the admission *pro hac vice* of its counsel, David G. Liston and Alex G. Patchen.

Matvil states the following in support of this Assented-To Motion:

1.  David G. Liston is a partner with the law firm Lewis Baach Kaufmann Middlemiss PLLC, located at The Chrysler Building, 405 Lexington Avenue, 62nd Floor, New York, New York 10174, and is a member in good standing of the bar of every jurisdiction in which he is admitted.

2.  Alex G. Patchen is counsel with the law firm Lewis Baach Kaufmann Middlemiss PLLC, located at The Chrysler Building, 405 Lexington Avenue, 62nd Floor, New York, New York 10174, and is a member in good standing of the bar of every jurisdiction in which he is admitted.

3. Pursuant to Local Rule 83.5.3(b), Matvil submits the attached Certificates of David G. Liston and Alex G. Patchen establishing that they are members in good standing of the bar in every jurisdiction in which they have been admitted to practice; there are no disciplinary proceedings against them in any jurisdiction; they have not previously had a *pro hac vice* admission (or any other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct; and they have read, are familiar and agreed to comply with the Local Rules of the United Sates District for the District of Massachusetts.

4. Plaintiff Alamite Ventures LP assents this Motion.

## CERTIFICATION PURUSANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that the parties have conferred to narrow the issues presented herein and that counsel for Alamite Ventures LP has assented to this Motion.

                                                **MATVIL CORP.,**
                                                **MIKHAIL GAYSTER and**
                                                **NATALIYA VIKTOROVA,**
                                                By their Attorneys,

                                                */s/ Peter C. Netburn*
                                                Peter C. Netburn, BBO No. 546935
                                                pnetburn@hermesnetburn.com
                                                HERMES, NETBURN, O'CONNOR
                                                  & SPEARING, P.C.
                                                265 Franklin Street, Seventh Floor
                                                Boston, MA  02110-3113
                                                (617) 728-0050

Dated:  July 9, 2018                        (617) 728-0052 (Fax)

## **CERTIFICATE OF SERVICE**

      I, Peter C. Netburn, hereby certify on this 9th day of July, 2018, I served forgoing by causing a copy of same to be electronically served on all counsel of record via the Court's CM/ECF system.

                                                          */s/ Peter C. Netburn*
                                                          Peter C. Netburn

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ALAMITE VENTURES LP,**<br>  A Scottish limited partnership<br><br>              Plaintiff,<br>        v.<br><br>**MATVIL CORPORATION (d/b/a ETVNET),**<br>  an Ontario, Canada Corporation,<br>**MIKHAIL GAYSTER**, an individual,<br>**NATALIYA VIKTOROVA**, an individual,<br><br>              Defendants. | Case No.: 1:17-cv-12468 (LTS) |

CERTIFICATE IN SUPPORT OF MOTION
TO ADMIT DAVID G. LISTON *PRO HAC VICE*

I, David G. Liston, submit this Certificate pursuant to Local Rule 83.5.3(b) and declare as follows:

1.      I am a partner with the law firm Lewis Baach Kaufmann Middlemiss PLLC, located at The Chrysler Building, 405 Lexington Avenue, 62nd Floor, New York, NY 10174, and am one of the attorneys for Defendants Matvil Corporation (d/b/a eTVnet), Mikhail Gayster, and Nataliya Viktorova.

2.      I am a member in good standing of the Bar of the States of New York and New Jersey.  I am also admitted to practice before the United States District Courts for the Southern District of New York, the Eastern District of New York, and the District of New Jersey.

3.      There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.	I have not previously had a *pro hac vice* admission (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5.	I have read, am familiar with and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 9TH DAY OF JULY, 2018.

*/s/ David G. Liston*
David G. Liston

### CERTIFICATE OF SERVICE

Pursuant to Rules 5.2(b)(2) and 5.4 of the Local Rules of the United States District Court for the District of Massachusetts, I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent by first-class mail to those indicated as non-registered participants, if any, on July 9, 2018.

/s/ Peter C. Netburn
Peter C. Netburn

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ALAMITE VENTURES LP,**<br>    A Scottish limited partnership<br><br>                      Plaintiff,<br>v.<br><br>**MATVIL CORPORATION (d/b/a ETVNET),**<br>   an Ontario, Canada Corporation,<br>**MIKHAIL GAYSTER**, an individual,<br>**NATALIYA VIKTOROVA**, an individual,<br><br>                      Defendants. | Case No.: 1:17-cv-12468 (LTS) |

## CERTIFICATE IN SUPPORT OF MOTION
## TO ADMIT ALEX G. PATCHEN *PRO HAC VICE*

I, Alex G. Patchen, submit this Certificate pursuant to Local Rule 83.5.3(b) and declare as follows:

1. I am counsel with the law firm Lewis Baach Kaufmann Middlemiss PLLC, located at The Chrysler Building, 405 Lexington Avenue, 62nd Floor, New York, NY 10174, and am one of the attorneys for Defendants Matvil Corporation (d/b/a eTVnet), Mikhail Gayster, and Nataliya Viktorova.

2. I am a member in good standing of the Bar of the State of New York. I am also admitted to practice before the United States District Courts for the Southern District of New York and the Eastern District of New York, as well as the United States Court of Appeals for the Second Circuit.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I have not previously had a *pro hac vice* admission (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I have read, am familiar with and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 9TH DAY OF JULY, 2018.

_____
Alex G. Patchen

### CERTIFICATE OF SERVICE

Pursuant to Rules 5.2(b)(2) and 5.4 of the Local Rules of the United States District Court for the District of Massachusetts, I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent by first-class mail to those indicated as non-registered participants, if any, on July 9, 2018.

/s/ Peter C. Netburn
Peter C. Netburn

2