## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ALAMITE VENTURES LP,**<br>   A Scottish limited partnership<br><br>                    Plaintiff,<br><br>              v.<br><br>**MATVIL CORPORATION (d/b/a ETVNET)**,<br>   an Ontario, Canada Corporation,<br>**MIKHAIL GAYSTER**, an individual,<br>**NATALIYA VIKTOROVA**, an individual,<br><br>                    Defendants. | Case No.: 1:17-cv-12468 (LTS) |

## DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), Defendants Matvil Corp. (d/b/a eTVnet), Mikhail Gayster, and Nataliya Viktorova (collectively, "Defendants") move this Honorable Court to dismiss with prejudice all claims against the Defendants. The Defendants submit a Memorandum of Law in Support of this motion.

**WHEREFORE**, the Defendants respectfully request that the Court grant their requested relief.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants request oral argument on this motion, as they believe that oral argument may assist the Court in its consideration of this motion.

**MATVIL CORP., MIKHAIL GAYSTER,
AND NATALIYA VIKTOROVA**

By their attorneys,

/s/ *Peter C. Netburn*
Peter C. Netburn, BBO No.: 546935
pnetburn@hermesnetburn.com
HERMES, NETBURN, O'CONNOR
    & SPEARING, P.C.
265 Franklin Street, Seventh Floor
Boston, MA 02110-3113
 (617) 728-0050

-and-

David G. Liston (admitted pro hac vice)
(david.liston@lbkmlaw.com)
Alex G. Patchen (admitted pro hac vice)
(alex.patchen@lbkmlaw.com)
LEWIS BAACH KAUFMANN
MIDDLEMISS PLLC
The Chrysler Building
405 Lexington Avenue, 62nd Floor
New York, New York 10174
Tel.: (212) 826-7001

Dated:  July 10, 2018

## LOCAL RULE 7.1 CERTIFICATION

      I have been informed and therefore believe that New York counsel for Defendants, Matvil Corp., Mikhail Gayster, and Nataliya Viktorova, spoke with counsel for Plaintiff, Alamite Ventures LP, on June 25, 2018 and July 2, 2018 to attempt in good faith to resolve or narrow the issues that are the subject of this motion.  Counsel for Alamite Ventures LP has indicated that they are opposed to the requested relief.

*/s/ Peter C. Netburn*
Peter C. Netburn

## **CERTIFICATE OF SERVICE**

  Pursuant to Rules 5.2(b)(2) and 5.4 of the Local Rules of the United States District Court for the District of Massachusetts, I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent by first-class mail to those indicated as non-registered participants, if any, on July 10, 2018.

                */s/ Peter C. Netburn*
                Peter C. Netburn

{H0053035.1}