UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ALAMITE VENTURES LP,**<br>   A Scottish limited partnership<br><br>                    Plaintiff,<br><br>          v.<br><br>**MATVIL CORPORATION (d/b/a ETVNET),**<br>   an Ontario, Canada Corporation,<br>**MIKHAIL GAYSTER**, an individual,<br>**NATALIYA VIKTOROVA**, an individual,<br><br>                    Defendants. | Case No.: 1:17-cv-12468 (LTS) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendants certifies that Matvil Corp. (d/b/a eTVnet) has no parent corporation and no publicly held company holds 10% or more of its stock.

**MATVIL CORP., MIKHAIL GAYSTER, AND NATALIYA VIKTOROVA**

By their attorneys,

/s/ *Peter C. Netburn*
Peter C. Netburn, BBO No.: 546935
pnetburn@hermesnetburn.com
HERMES, NETBURN, O'CONNOR
       & SPEARING, P.C.
265 Franklin Street, Seventh Floor
Boston, MA 02110-3113
 (617) 728-0050

-and-

|  |  |
|---|---|
|  | David G. Liston (admitted pro hac vice) |
|  | (david.liston@lbkmlaw.com) |
|  | Alex G. Patchen (admitted pro hac vice) |
|  | (alex.patchen@lbkmlaw.com) |
|  | LEWIS BAACH KAUFMANN |
|  | MIDDLEMISS PLLC |
|  | The Chrysler Building |
|  | 405 Lexington Avenue, 62nd Floor |
|  | New York, New York 10174 |
| Dated: July 10, 2018 | Tel.: (212) 826-7001 |

**CERTIFICATE OF SERVICE**

Pursuant to Rules 5.2(b)(2) and 5.4 of the Local Rules of the United States District Court for the District of Massachusetts, I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent by first-class mail to those indicated as non-registered participants, if any, on July 10, 2018.

*/s/ Peter C. Netburn*
Peter C. Netburn

{H0053039.1}