UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Alamite Ventures LP,**<br>    a Scottish limited partnership,<br><br>    Plaintiff,<br><br>v.<br><br>**Matvil Corporation (d/b/a ETVNET)**,<br>    an Ontario, Canada corporation,<br>**Mikhail Gayster**, an individual,<br>**Nataliya Viktorova**, an individual,<br><br>    Defendants. | Case No.: 1:17-cv-12468-LTS<br><br>**JOINT MOTION TO MODIFY BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS THE COMPLAINT** |

    Plaintiff Alamite Ventures LP ("Plaintiff") and Defendants Matvil Corp., Mikhail Gayster, and Nataliya Viktorova ("Defendants") hereby respectfully move this Court to modify the briefing schedule in connection with Defendants' Motion to Dismiss the Complaint (Docket Entry No. 19) (the "Motion to Dismiss").

    This modification is requested to provide Plaintiff sufficient time to adequately address the issues raised in the Motion to Dismiss, allow Defendants the opportunity to file a reply brief in further support of the Motion to Dismiss if they deem it necessary, and accommodate counsels' summer vacation schedules.

    Defendants' time to file the Motion to Dismiss was extended from June 21, 2018 to July 10, 2018 (Docket Entry No. 16). There have been no prior extensions sought or granted with respect to the briefing schedule proposed in this motion.

    WHEREFORE, the parties respectfully request that this honorable Court set the briefing schedule for the Motion to Dismiss as follows:

- Plaintiff's time to file an opposition to the Motion to Dismiss be extended from July 24, 2018 to August 7, 2018.

- If Defendants deem a reply brief is necessary, they may file a reply brief, not to exceed five pages, by August 21, 2018.

Respectfully Submitted,

| | |
|---|---|
| Plaintiff Alamite Ventures LP | Defendants Matvil Corp., Mikhail Gayster, and Nataliya Viktorova |
| By its attorneys, | By their attorneys, |
| /s/ Matthew Shayefar | /s/ David G. Liston |
| Matthew Shayefar (BBO# 685927) | David G. Liston (admitted pro hac vice) |
| Valentin Gurvits (BBO# 643572) | (david.liston@lbkmlaw.com) |
| Boston Law Group, PC | Alex G. Patchen (admitted pro hac vice) |
| 825 Beacon Street, Suite 20 | (alex.patchen@lbkmlaw.com) |
| Newton Centre, Massachusetts 02459 | LEWIS BAACH KAUFMANN |
| Tel: (617) 928-1800 | MIDDLEMISS PLLC |
| Fax: (617) 928-1802 | The Chrysler Building |
| matt@bostonlawgroup.com | 405 Lexington Avenue, 62nd Floor |
| vgurvits@bostonlawgroup.com | New York, New York 10174 |
| | Tel.: (212) 826-7001 |
| /s/ Evan Fray-Wtizer | |
| Evan Fray-Witzer (BBO # 564349) | -and- |
| Ciampa Fray-Witzer, LLP | |
| 20 Park Plaza, Suite 505 | Peter C. Netburn, BBO No.: 546935 |
| Boston, Massachusetts 02116 | pnetburn@hermesnetburn.com |
| Tel: (617) 426-0000 | HERMES, NETBURN, O'CONNOR & |
| Fax: (617) 507-8043 | SPEARING, P.C. |
| evan@CFWLegal.com | 265 Franklin Street, Seventh Floor |
| | Boston, MA 02110-3113 |
| | (617) 728-0050 |

Dated:  July 19, 2018

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system on July 19, 2018 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Matthew Shayefar