UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Alamite Ventures LP,**<br>   a Scottish limited partnership,<br><br>   Plaintiff,<br><br>v.<br><br>**Matvil Corporation (d/b/a ETVNET)**,<br>   an Ontario, Canada corporation,<br>**Mikhail Gayster**, an individual,<br>**Nataliya Viktorova**, an individual,<br><br>   Defendants. | Case No.: 1:17-cv-12468-LTS<br><br>**PLAINTIFF'S NOTICE OF<br>DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Alamite Ventures LP, by and through undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice.  This notice of dismissal is being filed before service by any Defendant of either an answer or a motion for summary judgment.

1

Respectfully Submitted,

Plaintiff Alamite Ventures LP
By its attorneys,

/s/ Matthew Shayefar
Matthew Shayefar (BBO# 685927)
Valentin Gurvits (BBO# 643572)
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel: (617) 928-1800
Fax: (617) 928-1802
matt@bostonlawgroup.com
vgurvits@bostonlawgroup.com

/s/ Evan Fray-Wtizer
Evan Fray-Witzer (BBO # 564349)
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Tel:  (617) 426-0000
Fax: (617) 507-8043
evan@CFWLegal.com


Dated:  July 30, 2018

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system on July 30, 2018 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Matthew Shayefar