UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
1:17-cv-12468-LTS

ALAMITE VENTURES, LP
*Plaintiff,*

v.

MATVIL CORPORATION
d/b/a ETVNET, ET.AL.
*Defendants*

## CLOSING ORDER DISMISSING CASE

SOROKIN, D.J.

In accordance with the Notice of Voluntary Dismissal (CM/ECF No. 25) filed by the Plaintiff on July 30, 2018, this case is hereby dismissed and closed.

SO ORDERED.

/s/ Leo T. Sorokin
UNITED STATES DISTRICT COURT

July 31, 2018